IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARK D. DUNDEE                                                                                      PLAINTIFF

vs.                                           Civil No. 4:08-cv-4127

SHERIFF LINDA RAMBO, et al.                                                              DEFENDANTS

### ORDER

      Before the Court is the Report and Recommendation filed January 12, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 54). Judge Bryant recommends that Plaintiff's Motion to Amend (ECF No. 52) be denied without prejudice to the refiling of a false imprisonment claim in state court. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 54) *in toto*. Plaintiff's Motion to Amend (ECF No. 52) is hereby **DENIED** without prejudice to the refiling of a false imprisonment claim in state court.

      **IT IS SO ORDERED**, this 24th day of February, 2011.

                                                          /s/ Harry F. Barnes
                                                         Hon. Harry F. Barnes
                                                         United States District Judge